## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

| | | |
|---|---|---|
| **MARQUEZ MCLAURIN,** | : | |
| **ANGELICA GILMORE** | : | |
| *Individually and as Guardian and Next of Kin of* | : | |
| *M.G., a minor,* **and** | : | |
| **KARESSA WINDHAM,** | : | **CASE NO:** |
| | : | **7:25-cv-136—WLS** |
| **Plaintiffs,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| | : | |
| **GUSTAVO GRANADO and** | : | |
| **DREAMERS ON THE ROAD, LLC,** | : | |
| | : | |
| **Defendants.** | : | |
| _____ | : | |

## <u>ORDER</u>

Before the Court is Defendants' Motion for Protective Order (Doc. 24) ("Motion") filed May 6, 2026. Therein, Defendants request the Court enter a proposed protective order attached to the Motion. However, no proposed protective order is attached. The Court further notes that Defendants have not indicated whether the proposed protective order is an agreed order.

Accordingly, the Motion, as presented is **DENIED WITHOUT PREJUDICE**. Defendants may refile such Motion with the appropriate attachment and an indication of whether Defendants' counsel has conferred with Plaintiffs' counsel and whether the proposed protective order is opposed.

**SO ORDERED**, this 7th day of May 2026.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1