**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

|  |  |  |
|---|---|---|
| **MARQUEZ MCLAURIN,** | : | |
| **ANGELICA GILMORE** | : | |
| *Individually and as Guardian and Next of Kin of* | : | |
| *M.G., a minor,* **and** | : | |
| **KARESSA WINDHAM,** | : | **CASE NO:** |
| | : | **7:25-cv-136—WLS** |
| **Plaintiffs,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **GUSTAVO GRANADO and** | : | |
| **DREAMERS ON THE ROAD, LLC,** | : | |
| | : | |
| **Defendants.** | : | |
| _____ | : | |

## ORDER

Before the Court is Defendants' Motion for Protective Order (Doc. 26) ("Motion"), filed on May 8, 2026. Therein, Defendants request the Court enter a proposed "Stipulated Protective Order" attached to the Motion. However, nowhere in the Motion or the Stipulated Protective Order is there a representation that Plaintiffs consent to the proposed Stipulated Protective Order other than the word "Stipulated" in the title of the proposed order. The Court further notes that caption of the proposed Stipulated Protective Order reflects an incorrect case number and that the case is filed in the Northern District of Georgia, Atlanta Division.

Accordingly, the Motion, as presented, is again **DENIED, without prejudice**. Defendants may refile such Motion, giving attention to the matters the Court has noted, which include correction of the caption in the attachment, a clear indication of whether Defendants' counsel has conferred with Plaintiffs' counsel, and whether the proposed protective order is opposed or whether Plaintiffs agree with the entry of the proposed order. If Plaintiffs do not oppose the proposed protective order, a corrected Stipulated Proposed Order must be filed **within seven (7) days** of the entry of this Order, or **by no later than Wednesday, May 27, 2026**, for the Court's consideration.

1

Alternatively, if Plaintiffs oppose the entry of the proposed protective order, they shall file a response stating their opposition **within seven (7) days** of entry of this Order or **by no later than Wednesday, May 27, 2026.**

**SO ORDERED**, this 20th day of May 2026.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

2