**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

MARQUEZ MCLAURIN,      :
ANGELICA GILMORE      :
*Individually and as Guardian and Next of Kin of* :
*M.G., a minor,* **and**       :
KARESSA WINDHAM,      :     **CASE NO:**
             :    **7:25-cv-136—WLS**
   **Plaintiffs,**      :
             :
   **v.**          :
             :
             :
GUSTAVO GRANADO and     :
DREAMERS ON THE ROAD, LLC,   :
             :
   **Defendants.**     :
_____:

## ORDER

Before the Court is a Joint Motion for Protective Order (Doc. 28) ("Motion") filed June 1, 2026. Therein, the Parties request the Court enter a proposed protective order attached to the Motion. However, the proposed protective order references the Local Rules of the Northern District of Georgia rather than this Court's Local Rules. (*See* Doc. 28-1 ¶¶ 1.e, 9.b and 10). As the proposed order is a stipulation agreed to between the Parties, the Parties need to make corrections to refer to the appropriate Local Rules of the Middle District of Georgia.

Accordingly, the Motion, as presented is **DENIED WITHOUT PREJUDICE**. The Parties may refile such Motion and proposed protective order with the appropriate corrections to all references to the Court's Local Rules to reflect the Local Rules of this Court and make any other adjustments the Parties deem necessary upon review.

**SO ORDERED**, this 3rd day of June 2026.

           **/s/W. Louis Sands**
           **W. LOUIS SANDS, SR. JUDGE**
           **UNITED STATES DISTRICT COURT**

1